UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. John Christopher Rogers Jr.            Docket No. 4:07-CR-55-1F

## Petition for Action on Supervised Release

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Christopher Rogers Jr., who upon an earlier plea of guilty to Possession of a Stolen Firearm and Ammunition, 18 U.S.C. §§ 922(j) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 20, 2009, to the custody of the Bureau of Prisons for a term of 115 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

John Christopher Rogers Jr. was released from custody on June 29, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 19, 2016, in Pitt County, North Carolina, the defendant was cited after being stopped for failing to maintain lane control as a result of texting while driving. He was also arrested and charged with Driving While Impaired (16CR2439). When questioned about the charges on November 22, 2016, Rogers stated that he consumed alcohol at a family function and then waited two hours before driving home because he thought that the alcohol concentration in his body had dissipated. He was remorseful for his lapse in judgment, understands the potential harm inherent in this type of conduct, and is grateful that no injuries occurred. As there have been no prior violations, and as the defendant has consistently maintained employment, a 2-day jail term to be arranged by the probation officer is recommended. The court will be notified should any additional violations occur. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

John Christopher Rogers Jr.
Docket No. 4:07-CR-55-1F
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2045
Executed On: November 29, 2016

## ORDER OF THE COURT

Considered and ordered this _30_ day of _November_, 2016, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge